# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 5D2024-2439
L.T. Case No. 2023-DR-000592

———————————————

MARY J. GORDON-DURANT,

    Appellant,

    v.

DELANDRAS R. DURANT,

    Appellee.

———————————————

On appeal from the Circuit Court for Lake County,
Dan F. Briggs, Judge.

Kene H. Anusionwu, Windermere, for Appellant.

Scott A. Livingston, Livingston Litigation, PLLC, Winter Springs,
for Appellee.

November 18, 2025

PER CURIAM.

AFFIRMED. *See Applegate v. Barnett Bank of Tallahassee*, 377
So. 2d 1150, 1152 (Fla. 1979) ("In appellate proceedings the
decision of a trial court has the presumption of correctness and the
burden is on the appellant to demonstrate error. . . . Without a
record of the trial proceedings, the appellate court can not properly
resolve the underlying factual issues so as to conclude that the trial
court's judgment is not supported by the evidence or by an
alternative theory."); *Fortune v. Pantin*, 851 So. 2d 274, 275 (Fla.

5th DCA 2003) (explaining that appellate review in the absence of a trial transcript is "limited to errors of law that are apparent on the face of the judgment").


JAY, C.J., and HARRIS and MacIVER, JJ., concur.

—————————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

—————————————————